THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DRAGAN BOSCIC, Respondent.

Submitted September 13, 2010; decided September 16, 2010

Motion by New York State Defenders Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAZZMONE BROWN, Appellant.

Submitted September 13, 2010; decided September 16, 2010

Motion for assignment of counsel granted and David C. Schopp, Esq., the Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DIONIS COLLADO, Respondent.

Submitted September 13, 2010; decided September 16, 2010

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONDI CREDLE, Appellant.

Submitted September 7, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.